IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carolina Johnson and Claude Colwell,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Bank United F.S.B., Bank United, Freestand Financial, and Does 1-50, inclusive,<br><br>　　　　Defendants.<br>_____ | 2:10-cv-02567-GEB-KJN<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE</u> |

　　　　Plaintiffs state the Joint Status Report filed February 25, 2011, "[a]ll parties to this action have been served." (ECF No. 13, 2:3-4.) However, Defendants Bank United F.S.B. and Freestand Financial have not appeared in this action, and Plaintiffs have not filed proof of service on these defendants.

　　　　Plaintiffs are notified under Rule 4(m) of the Federal Rules of Civil Procedure ("Rule 4(m)") that Defendants Bank United F.S.B. and Freestand Financial may be dismissed as defendants in this action unless Plaintiffs provide proof of service or "show[] good cause for the failure" to serve these defendants within Rule 4(m)'s 120 day prescribed period in a filing due no later than 4:00 p.m. on March 14, 2011.

　　　　Further, if Defendants Bank United F.S.B. and Freestand Financial have been served, Plaintiffs shall take the steps necessary to prosecute this action as a default matter against them. Plaintiffs shall either file whatever documents are required to prosecute this case as a

1

default matter no later than 4:00 p.m. on April 25, 2011, or Show Cause in a writing filed no later than 4:00 p.m. on April 25, 2011, why this action should not be dismissed against Defendants Bank United F.S.B. and Freestand Financial for failure of prosecution. If a hearing is requested on the Show Cause issue concerning whether this case should be dismissed for failure of prosecution, it will be held on May 9, 2011, at 9:00 a.m.

Lastly, the status conference scheduled for March 14, 2011, is continued to commence at 9:00 a.m. on May 9, 2011. A status report shall be filed fourteen (14) days prior to the status conference in which Plaintiffs are required to explain the status of the default proceedings.

IT IS SO ORDERED.

Dated: March 7, 2011

GARLAND E. BURRELL, JR.
United States District Judge