IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Carolina Johnson and Claude Colwell,<br><br>    Plaintiffs,<br><br>    v.<br><br>Bank United F.S.B., Bank United, Freestand Financial, and Does 1-50, inclusive,<br><br>    Defendants. | 2:10-cv-02567-GEB-KJN<br><br>ORDER OF DISMISSAL |

    Plaintiffs were required to respond to an Order filed March 8, 2011 ("March 8th Order"), by either filing proof that Defendants Bank United F.S.B. and Freestand Financial were served with process or a document showing good cause for Plaintiffs' failure to serve these Defendants within the 120-day period prescribed in Federal Rule of Civil Procedure 4(m). (ECF No. 16.) This filing was due no later than 4:00 p.m. on March 14, 2011. Id. The March 8th Order warned Plaintiffs that failure to make the required showing by the deadline would result in Defendants Bank United F.S.B. and Freestand Financial being dismissed from this action.

///

///

1    Plaintiffs failed to respond to the March 8th Order by this
2 deadline. Therefore, Defendants Bank United F.S.B. and Freestand
3 Financial are dismissed from this action without prejudice.
4    IT IS SO ORDERED.
5 Dated: April 15, 2011

```
                      _____
                      GARLAND E. BURRELL, JR.
                      United States District Judge
```