IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Carolina Johnson and Claude Colwell, | ) ) ) | 2:10-cv-02567-GEB-KJN |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| Bank United F.S.B., Bank United, Freestand Financial, and Does 1-50, inclusive, | ) ) ) ) | |
| Defendants. | ) ) | |

On April 26, 2011, Plaintiffs filed an "Amendment to First Amended Complaint Designating True Name of Defendant." (ECF No. 25.) However, since this filing does not comply with Local Rule 220, it is stricken.

Dated:  May 5, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

1